UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMBER RUCKER, an individual,

     Plaintiff/Counter-Defendant,

v.                          Case No.:  2:21-cv-207-SPC-MRM

GREAT DANE PETROLEUM
CONTRACTORS, INC.,

     Defendant/Counter-Plaintiff.

_____/

## **ORDER**[1]

Before the Court is Plaintiff's Status Report (Doc. 42).  About six months ago, Plaintiff filed for Chapter 13 bankruptcy and the Court stayed Defendant's counterclaims against her (Doc. 34).  Plaintiff now tells the Court that the Bankruptcy Court lifted the automatic stay to allow its counterclaim for civil theft (Count 1) to proceed here.  The Bankruptcy Court stated that Great Dane may pursue the counterclaim through judgment but may take no action to collect on any judgment it may obtain.  Based on the Bankruptcy Court's order, the Court will lift the stay only as to Count 1 (civil theft in violation of Fla. Stat. § 772.11).  The case will remain stayed as to Count 2 of Defendant's

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

counterclaims.  Thus, the Court still expects Plaintiff to provide status updates on the bankruptcy proceedings every 90 days.

Accordingly, it is now

**ORDERED:**

1. The stay as to Count 1 of Defendant's counterclaims is **LIFTED**.  The case remains stayed as to Count 2 of Defendant's counterclaims.

2. The Clerk is **DIRECTED** to leave the stay flag on the docket to reflect the automatic stay in effect as to Count 2 of Defendant's counterclaims.

**DONE** and **ORDERED** in Fort Myers, Florida on February 7, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record